Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00810-CV

Maria Cristina **BRITTINGHAM-SADA**, et al.,
Appellants

v.

Kevin Michael **MACKIE**,
Appellee

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2000-PB7-000049-L1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   July 7, 2010

DISMISSED

The parties have filed a joint motion, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2), stating they have resolved the dispute at issue and requesting this court dismiss this appeal.  The motion is granted and the appeal is hereby dismissed.  TEX. R. APP. P. 42.1(a)(2).

PER CURIAM